UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re

LUIS ALBERT CRESPO and ELENA
CRESPO a/k/a HELEN CRESPO,

                    Debtors.

------------------------------------------------------------x

JOHN S. PEREIRA, as Chapter 7 Trustee for
The Estate of Luis Albert Crespo and Elena
Crespo a/k/a Helen Crespo,

                            Plaintiff

           -against-

SAM BERK, individually, DANIEL CRESPO,
Individually, ELITE PROCESS SERVERS,
INC., LUIS ALBERT CRESPO d/b/a LAC
PROCESS and DANIEL CRESPO d/b/a
LAC PROCESS,

                           Defendant.

------------------------------------------------------------x

Chapter 7

Case No. 12-45067-nhl

Adv. Pro. No. 14-01029-nhl

**AMENDED ANSWER**

      DANIEL CRESPO, individually and DANIEL CRESPO d/b/a LAC PROCESS, by his

attorneys, Macco & Stern, LLP, as and for his Amended Answer to the Complaint, alleges as

follows:

      First:  Denies each and every allegation contained in paragraphs "6", "9", "22", "23",

"24", "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "40",

"41", "42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56",

"57", "58", "59", "60", "61", "62", "63", "64", "65", "66", "67", "68", "69", "70", "71", "72",

"73", "74", "75", "76", "77", "78", "79", "80", "81", "82" and "83" of the Complaint.

Second:  Denies knowledge and information sufficient to form a belief as to paragraphs "4", "11", "12", "13", "18", "19", and "25" of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

Third:  Any liability due Luis Albert Crespo in the Bankruptcy Estate of Luis Albert Crespo from the defendant Daniel Crespo was discharged in the Chapter 7 Bankruptcy of Daniel Crespo.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Fourth:  The Court lacks jurisdiction over the defendant Daniel Crespo.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Fifth:  The statute of limitations has expired.


WHEREFORE, Defendants request judgment dismissing the Complaint; that Defendants have judgment against Plaintiff for the costs and reasonable attorneys' fees of this proceeding; and for such other and further relief as is just and proper.

Dated: Melville, New York
     May 14, 2014

BY: _____
    Michael J. Macco
    MACCO & STERN, LLP
    Attorneys for Defendants
    DANIEL CRESPO and
    DANIEL CRESPO d/b/a
    LAC PROCESS
    135 Pinelawn Rd, Suite 120 South
    Melville, New York 11747
    631-549-7900

STATE OF NEW YORK        )
                                  )
COUNTY OF SUFFOLK        )        ss.:

       Carol Smith, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at West Islip, New York.

       On May 14, 2014 deponent served true copies of the following:

### AMENDED ANSWER

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addresses wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Troutman Sanders LLP*
*The Chrysler Building*
*405 Lexington Avenue*
*New York, NY 10174*

*John S. Pereira, Trustee*
*Pereira & Sinisi*
*The Chrysler Building*
*405 Lexington Avenue*
*New York, NY 10174*

*Office of the U.S. Trustee*
*U.S. Federal Office Building*
*201 Varick Street, Suite 1006*
*New York, New York 10014*

                                           _____
                                           *Carol Smith*

Sworn to before me this
14th day of May, 2014

*s/Janine M. Zarrilli*
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2018