JOHN P. CAMPO
212.704.6075 telephone
212.704.6288 facsimile
john.campo@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0700
212.704.6000 telephone
troutmansanders.com

October 15, 2014

**VIA ECF**

Honorable Nancy Hershey Lord
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York  11201

        Re:    **In re: Crespo (Case No. 12-45067 NHL)**

              **Pereira v. Berk, et al.**
              **Adv. Pro. No.  14-01029 (NHL)**

Dear Judge Lord:

    This letter will confirm and serve as notice that the pre-trial conference in the above referenced adversary proceeding on the October 16, 2014 calendar is being adjourned, on consent, to November 6, 2014 at 3:30 p.m.

    Thank you for Your Honor's attention to this matter

                                Respectfully submitted,

                                *s/John P. Campo*

                                John P. Campo

cc:    Peter J. Batalla, Esq.
       (Counsel for Defendants, Luis Crespo and Luis Crespo dba LAC Process-via e-mail)

       Michael J. Macco, Esq.
       (Counsel for Defendants, Daniel Crespo and Daniel Crespo dba LAC Process-via e-mail)

ATLANTA    BEIJING    CHARLOTTE    CHICAGO    HONG KONG    NEW YORK    NORFOLK    ORANGE COUNTY    PORTLAND
RALEIGH    RICHMOND    SAN DIEGO    SHANGHAI    TYSONS CORNER    VIRGINIA BEACH    WASHINGTON, DC

23662379v1